| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Michael K. Friedland (SBN 157,217) | |
| Lauren K. Katzenellenbogen (SBN 223,370) | |
| Ali S. Razai (SBN 246,922) | |
| Kent N. Shum (SBN 259,189) | |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | |
| 2040 Main Street, Fourteenth Floor | |
| Irvine, CA  92614 | |
| Telephone: (949) 760-0404; Facsimile: (949) 760-9502 | |
| ATTORNEY(S) FOR: Plaintiff, 5.11, Inc. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| 5.11, INC., a California corporation, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:16-cv-1057 |
| v. | |
| NINE LINE APPAREL, INC., a Georgia corporation, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                                   5.11, INC., Plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 5.11, Inc. | Plaintiff |
| Nine Line Apparel, Inc. | Defendants |

June 7, 2016                           /s/ Ali S. Razai
Date                                    Signature

Attorney of record for (or name of party appearing in pro per):

5.11, Inc., Plaintiff